UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. COOPER, | ) | 1:10-CV-00255 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR STAY OF JUDGMENT |
| v. | ) | |
| | ) | [Doc. #11] |
| B. CURRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 12, 2010, the undersigned issued an Order dismissing the petition as successive. Judgment was entered the same date. On April 19, 2010, Petitioner filed a motion for stay of judgment until he receives permission to file a successive petition from the Ninth Circuit Court of Appeals. Petitioner's motion will be denied. Under 28 U.S.C. § 2241(b)(3)(A), Petitioner must move in the Ninth Circuit Court of Appeals for an order authorizing a successive application "*[b]efore* a second or successive application . . . *is filed*. (italics added.)

Accordingly, Petitioner's motion for stay of judgment is hereby DENIED.

IT IS SO ORDERED.

**Dated:   April 26, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE